# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152758(41)(42)

COVENANT MEDICAL CENTER, INC.,
        Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant.
_____/

SC: 152758
COA: 322108
Saginaw CC:  13-020416-NF

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before August 12, 2016. On further order of the Chief Justice, the motion of the Coalition Protecting Auto No-Fault to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief shall be filed within the time provided by MCR 7.312(H)(3).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016



Clerk